IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMIEN FORD**  **PLAINTIFF**
**ADC #143035**

v.  No. 5:16-cv-250-DPM-JJV

**WENDY KELLEY, Director**
**Arkansas Department of Corrections**  **DEFENDANT**

## ORDER

I recuse. Kathryn Henry is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2016