**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DAMIEN FORD**                                                                            **PETITIONER**
**ADC #143035**

**v.**                                             **Case No. 5:16-cv-00250 KGB/JTK**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                   **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered and adjudged that defendant Wendy Kelley's motion to dismiss is granted, the petition for writ of habeas corpus is dismissed, and the relief prayed for is denied.

So ordered this 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge